# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARIEL TISHGART,** | : | **CIVIL ACTION NO. 2:21-cv-04323-HB** |
| **Plaintiff,** | : | **JUDGE HARVEY BARTLE III** |
| v. | : | |
| **KLICK USA, INC. d/b/a KLICK HEALTH,** | : | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendant.** | : | |

Plaintiff Ariel Tishgart ("Plaintiff") and Defendant Klick USA, Inc., d/b/a Klick Health ("Klick"), through undersigned counsel, hereby jointly stipulate to dismissal of this case with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without attorneys' fees, costs and/or expenses being awarded to any party.

The dismissal pertains to all claims against Klick identified in the Complaint that Plaintiff filed in the United States District Court for the Eastern District of Pennsylvania, Docket No. 2:21-cv-04323-HB.  This Joint Stipulation is being made with the consent of all parties to this action who have each authorized their respective undersigned counsel to execute and submit this Joint Stipulation of Dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **KARPF, KARPF & CERUTTI, P.C.**<br>Attorney for Plaintiff<br>3331 Street Rd.<br>Two Greenwood Square, Suite 128<br>Bensalem, PA 19020 | **K&L GATES LLP**<br>Attorneys for Defendant<br>Klick USA, Inc., d/b/a Klick Health<br>210 Sixth Avenue<br>Pittsburgh, PA  15222-2613 |
| By: */s/ Timothy S. Seiler*<br>       Timothy S. Seiler | By: /s/ David J. Garraux<br>       David J. Garraux |
| Dated:  August 31, 2022 | Dated:  August 31, 2022 |